66 A.3d 760

Howard GIBSON, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS:**
Thomas Rowlands, Senior Records Supervisor, Sci–
Graterford, Appellees.

No. 28 EAP 2012.

Supreme Court of Pennsylvania.

March 28, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of March, 2013, the above captioned appeal is quashed for failure to file a brief.